Bryan L. Ngo (SBN: 190184)
BLUE CAPITAL LAW FIRM, P.C.
14441 Brookhurst Street #8
Garden Grove, CA  92843
Tel:  714-839-3800
Fax: 949-271-5788

Attorneys for Debtors,
Huey Hoang Nguyen and Sofia Angulo Nguyen

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFONRIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.:  6:09-12397 BB |
| Huey Hoang Nguyen and Sofia Angulo Nguyen, | CHAPTER 7 |
| Debtors. | **NOTICE OF MOTION AND MOTION TO WITHDRAW AND REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 7 CASE; DECLARATION OF DEBTORS IN SUPPORT THEREOF** |
| | **Hearing:** |
| | Date:  October 28, 2009 |
| | Time:  11:00 a.m. |
| | Place:  3420 Twelfth Street |
| |           Riverside, CA 92501 |
| |           Courtroom 303 |
| | Judge: Hon. Sheri Bluebond |

**TO HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF UNITED STATES TRUSTEE, CHAPTER 7 TRUSTEE, ALL CREDITORS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on October 28, 2009, at 11:00 a.m. in Courtroom 303 of the

United States Bankruptcy Court located at 3420 Twelfth Street, Riverside, California 92501, Huey

1

Hoang & Sofia Angulo Nguyen, the Debtors herein, will bring this Motion to Withdraw and Request for Voluntary Dismissal of Chapter 7 Case. This Motion is based upon the Notice of Motion, Motion to Withdraw and Request for Voluntary Dismissal and Declaration of Debtors in Support Thereof, pleadings and documents on file with the Court.

Dated: October 3, 2009                                           BLUE CAPITAL LAW FIRM, P.C.


                                                                 By  /s/ Bryan L. Ngo
                                                                    Bryan L. Ngo
                                                                    Attorney for Debtors

## MOTION TO WITHDRAW AND
## REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 7 CASE

Debtors, Huey Hoang Nguyen and Sofia Angulo Nguyen, by and through their attorneys, file this Motion to Withdraw and Request for Voluntary Dismissal of Chapter 7 Case. Debtors had initially filed for relief under Chapter 13 of the Bankruptcy Code on February 11, 2009 (which case has been converted into the present Chapter 7 case) under the guidance of a bankruptcy petition preparer (the "Petition Preparer") who was not a member of the California Bar nor a member of any bar of any other state but who had held himself out to be and represented himself to the Debtors to be an attorney. Having never filed for bankruptcy before and having been misled that the Petition Preparer was an experienced bankruptcy attorney, Debtors had relied, to their detriment, on the Petition Preparer to assist with the accurate and proper preparation of the bankruptcy petition, statements and schedules. Needless to say, the bankruptcy case was, however, mishandled by the Petition Preparer, resulting in the preparation of inaccurate and incomplete schedules and statements on Debtors' bankruptcy petition, which Debtors would only later learn during their subsequent meetings and attendance at their 341A hearings, which they had attended in pro se without proper legal counsel.

To the further unfortunate of Debtors, the Petition Preparer had secured from the Debtors a sum of $12,900.00 (which did not include the additional filing fees that Debtors would later pay for) for their initial Chapter 13 case under the false pretense that said funds were necessary in order to remit to the Chapter 13 Trustee, although at the time of such advisement, no Chapter 13 Plan had yet been formulated. Debtors have subseqently learned that such funds were never, in fact, transferred and remitted to the Chapter 13 Trustee. (To this day, the Debtors have not been able to secure the return of any of these earlier funds that were paid to the Petition Preparer. The Debtors intend to file a complaint against their former Petition Preparer as well as lodge an appropriate complaint with the State Bar of California regarding this preparer's unauthorized practice of law).

3

With the mishandling of the Debtors' Chapter 13 case, their case has now been converted into the present Chapter 7 case. Having given further considerations as to whether the Debtors would like to continue with the present bankruptcy case which they now view as being completely mishandled from the start, Debtors have decided that they would now prefer to handle their financial affairs independently and outside of the protection of the Bankruptcy Code, and as such, the Debtors would like to withdraw their bankruptcy petition and do hereby respectfully request the Court for a voluntary dismissal without prejudice.

WHEREFORE, Debtors hereby request the Court for an order dismissing the above-referenced bankruptcy case without prejudice.

Dated:   October 3, 2009                    BLUE CAPITAL LAW FIRM, P.C.


                                            By  /s/ Bryan L. Ngo_____
                                                Bryan L. Ngo
                                                Attorney for Debtors


Dated:   October 3, 2009                    /s/ Huey Hoang Nguyen_____
                                            Huey Hoang Nguyen, Debtor


Dated:   October 3, 2009                    /s/ Sofia Angulo Nguyen_____
                                            Sofia Angulo Nguyen, Debtor

4

# DECLARATION OF DEBTORS,

# HUEY HOANG NGUYEN AND SOFIA ANGULO NGUYEN

We, Huey Hoang Nguyen and Sofia Angulo Nguyen, do hereby declare, under penalty of perjury, the following:

1. We are the current Debtors in the presented bankruptcy case under case no. 6:09-12397 BB.
2. At the recommendation, advice and guidance of a bankruptcy petition preparer, Paul K. Nguyen of 16141 Quartz Street, Westminster, CA 92683 (the "Petition Preparer") who had advised us that he was an attorney, we had filed for bankruptcy protection on February 11, 2009.
3. We have never filed for bankruptcy before and as such do not have any experience in the preparation and filing of a bankruptcy petition and schedules and had thoroughly relied on the Petition Preparer to prepare any and all necessary bankruptcy paperwork.
4. At the request of the Petition Preparer, we had paid him $12,900.00 under the Petition Preparer's advisement that said funds were necessary for our bankruptcy filing.
5. Since the payment of such funds to the Petition Preparer, we have not received any refunds or any such refunds back from the Petition Preparer, other than a bounced check for $2,500 from the Petition Preparer after our several demands and requests for our refund.
6. We are under the firm belief that our bankruptcy case has been mishandled from the start by said Petition Preparer.
7. At this time, we are no longer certain if bankruptcy is appropriate for us and as such would like to withdraw our bankruptcy petition and request the Court for a voluntary dismissal without prejudice.
8. Once the bankruptcy case is dismissed, we intend to explore any available non-bankruptcy remedies for our present financial situations.

We declare under penalty of perjury that the foregoing is true and accurate to the best of our knowledge.  Executed this 3rd of October 2009 in the city of Garden Grove, California.

Dated:   October 3, 2009                             /s/ Huey Hoang Nguyen
                                                     Huey Hoang Nguyen, Debtor


Dated:   October 3, 2009                             /s/ Sofia Angulo Nguyen
                                                     Sofia Angulo Nguyen, Debtor

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE:**

I am over the age of 18 years and not a party to this bankruptcy proceeding or adversary proceeding. My business address is 14441 Brookhurst Street Suite 8, Garden Grove, CA 92843.

The foregoing document described **NOTICE OF MOTION AND MOTION TO WITHDRAW AND REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 7 CASE; DECLARATION OF DEBTORS IN SUPPORT THEREOF** will be served or was served (a) on the Judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I.      **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**

(**"NEF"**)—Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing will be served by the court via NEF and hyperlink to the document. On October 3, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| Christopher R. Barclay | barclay7trustee@lecg.com |
| Mark Domeyer | mdomeyer@mileslegal.com, ecf.cmbk@mileslegal.com |
| Cassandra J. Richey | cmartin@pprlaw.net |
| Michael D. Tokarz | mtokarz@mileslegal.com, ecf.cmbk@mileslegal.com |
| United States Trustee | ustpregion16.rs.ecf@usdoj.gov |
| Darlene C. Vigil | darlenev@bdftw.com, cdcaecf@bdftw.com |
| Edward T. Weber | eweber@rcolegal.com, bknotice@rcolegal.com |

II.      **SERVED BY U.S. MAIL OR OVERNIGHT DELIVERY**. On October 3, 2009 , I served the following person(s) and/or entities at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge: Hon, Sheri Bluebond,** U.S. Bankruptcy Court, 255 E. Temple Street, Suite 1482, Los Angeles, CA 90012

**And see attached Service List.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **October 3, 2009**, at Garden Grove, California.

                                        /s/ Jennell Nguyen_____
                                        Jennell Nguyen

3

## ADDITIONAL SERVICE LIST

Huey Hoang Nguyen
Sofia Angulo Nguyen
4684 Rockingham Loop
Riverside, CA 92509

Countrywide Home Loans
PO Box 10219
Van Nuys, CA 91410

GMAC Mortgage
PO Box 79048
Phoenix, AZ 85062

Charles Schwab Bank
PO Box 5443
Mt. Laurel, NJ 08054

Capital One
PO Box 60599
City of Industry, CA 91716

Chase
PO Box 94014
Palatine, IL 60094

Macy's
PO Box 6938
The Lakes, NV 88901

ACS College Loan Corp
501 Bleecker St.
Utica, NY 13501

LVNV Funding LLC
PO Box 10497
Greenville, SC 29603

Sears/CBSD
PO Box 6924
The Lakes, NV 88901

MMCA
6150 Omni Park Dr.
Mobile, AL 36609

Bank of America
PO Box 1390
Norfolk, VA 23501

Sugarbush Properties-1, LLC
6399 Wilshire Blvd, Ste. 604
Los Angeles, CA 90048