C.R. Barclay, Ch. 7 Trustee
P.O. Box 26099
Santa Ana, CA 92799
Telephone (714) 415-4040
Facsimile (714) 662-0801
Email  barclay7trustee@lecg.com

Chapter 7 Trustee

FILED & ENTERED

NOV 09 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>HUEY HOANG NGUYEN & SOFIA ANGULO NGUYEN,<br><br>    Debtors. | Case No.  6:09-12397 BB<br><br>Chapter 7<br><br>**ORDER DENYING DEBTORS' MOTION TO WITHDRAW AND REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 7 CASE**<br><br>Date:    October 28, 2009<br>Time:   11:00 A.M.<br>Place:   Courtroom 303<br>           3420 Twelfth Street<br>           Riverside, CA 92501<br>Judge:  Honorable Sheri Blueboond |

      The Debtors' Motion to Withdraw and Request for Voluntary Dismissal of Chapter 7 Case (the "Motion") was filed on October 3, 2009 for a hearing on October 28, 2009.  The Motion was heard on regular notice on October 28, 2009 at the hour of 11:00 a.m. in Courtroom 303 of the United States Bankruptcy Court, the Honorable Sheri Bluebond presiding. The Debtors, Huey Hoang Nguyen and Sofia Angulo Nguyen, appeared with their attorney of record, Bryan L. Ngo.  Elizabeth Lossing appeared on behalf of the United States Trustee and Christopher R. Barclay ("Trustee") appeared as the Chapter 7 Trustee.

      The Court, having determined that adequate notice of the Motion was given under the circumstances and based upon the Court's review of the records, pleadings and papers on file herein,

1

for the reasons set forth on the record at the time of hearing on the Motion, and other good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is **DENIED** in its entirety.

Submitted by:

/s/ C.R. Barclay
C.R. Barclay, Chapter 7 Trustee

####

DATED: November 9, 2009

United States Bankruptcy Judge

**PROOF OF SERVICE**

2

I, Diana Talpos, declare:

I am over the age of eighteen years and not a party to this bankruptcy case or adversary proceeding. My business address is 600 Anton Boulevard, Suite 1350, Costa Mesa, California 92626.

The foregoing document described:

**ORDER DENYING DEBTORS' MOTION TO WITHDRAW AND REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 7 CASE**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**-Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.    SERVED BY FEDEX OVERNIGHT MAIL** (indicate method for each person or entity served: On <u>October 30, 2009</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Judge: Honorable Sheri Bluebond, United States Bankruptcy Court, 255 E. Temple St., Suite 1482, Los Angeles, CA 90012

☐ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served: Pursuant to F.R.Civ.P. 5 and/or LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Diana Talpos | /s/ Diana Talpos |
|---|---|
| (Type or print name) | (Signature) |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that judgment or order entitled **ORDER DENYING DEBTORS' MOTION TO WITHDRAW AND REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 7 CASE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**- Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Christopher R Barclay    barclay7trustee@lecg.com, cbarclay@ecf.epiqsystems.com
Mark Domeyer    mdomeyer@mileslegal.com, ecf.cmbk@mileslegal.com
Angela M Fontanini    ecfcacb@piteduncan.com
Bryan L Ngo    bngo@bluecapitallaw.com
Cassandra J Richey    cmartin@pprlaw.net
Matthew D Tokarz    mtokarz@mileslegal.com, ecf.cmbk@mileslegal.com
Edward A Treder    cdcaecf@bdftw.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Darlene C Vigil    darlenev@bdftw.com, cdcaecf@bdftw.com
Edward T Weber    eweber@rcolegal.com, bknotice@rcolegal.com

☐ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**: A copy of this notice and true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

**SERVICE LIST FOR ENTERED ORDER**

<u>In re Nguyen</u>
Case No. 6:09-12397 BB

**Served by U.S. Mail**

<u>**Debtors**</u>
Huey Hoang Nguyen
Sofia Angulo Nguyen
4684 Rockingham Loop
Riverside, CA 92509
*Served via U.S. Mail*