1  C.R. Barclay, Ch. 7 Trustee
   P.O. Box 26099
2  Santa Ana, CA 92799
   Telephone (714) 415-4040
3  Facsimile (714) 662-0801
   Email barclay7trustee@lecg.com
4
   Chapter 7 Trustee for Huey Hoang & Sofia Angulo Nguyen
5

6
                       **UNITED STATES BANKRUPTCY COURT**
7
                          **CENTRAL DISTRICT OF CALIFORNIA**
8
                                **RIVERSIDE DIVISION**
9

| | | |
|---|---|---|
| In re: | ) | Case No. 6:09-bk-12397-CB |
| | ) | |
| | ) | Chapter 7 (Converted from Chapter 13) |
| HUEY HOANG NGUYEN & | ) | |
| SOFIA ANGULO NGUYEN, | ) | **CHAPTER 7 TRUSTEE'S NOTICE OF** |
| | ) | **MOTION AND MOTION FOR ORDER TO** |
| Debtors. | ) | **DISALLOW CLAIM NO. 15 OF** |
| | ) | **SUGARBUSH PROPERTIES-1, LLC;** |
| | ) | **DECLARATION OF C.R. BARCLAY IN** |
| | ) | **SUPPORT THEREOF** |
| | ) | |
| | ) | Date:   April 27, 2011 |
| | ) | Time:   11:00 a.m. |
| | ) | Place   Courtroom 303 |
| | ) |             3420 Twelfth Street |
| | ) |             Riverside, CA 92501 |

1

In re: Huey Hoang and Sofia Angulo Nguyen, Debtors; U.S.B.C. Case No.: 6:09-bk-12397-CB; Chapter 7 Trustee's Notice of Motion and Motion for Order to Disallow Claim No. 15 of Sugarbush Properties-1, LLC; Declaration of C.R. Barclay In Support Thereof

**TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE, AND THE BELOW LISTED CREDITORS:**

**PLEASE TAKE NOTICE** that on April 27, 2011 at 11:00 a.m., or as soon thereafter as the Trustee may be heard, in Courtroom 303 of the United States Bankruptcy Court, located at 3420 Twelfth Street, Riverside, California, before the Honorable Catherine E. Bauer, United States Bankruptcy Judge, C.R. Barclay, chapter 7 trustee (the "Trustee") of the estate Huey Hoang & Sofia Angula Nguyen (the "Debtors"), will and hereby does object (the "Motion"), to the claim against Debtors, identified herein, pursuant to 11 U.S.C. § 502, Rule 3007 of the Federal Rules of Bankruptcy Procedure, and other applicable law. By the Motion, the Trustee seeks to eliminate/disallow claim number 15 of Sugarbush Properties-1, LLC ("Sugarbush"), which was filed as an administrative claim, on the grounds that it is not an appropriate post-petition claim. Parties receiving this Motion should carefully review the Motion to determine the nature of the Motion as it pertains to their claim(s). Claims may be subject to one or more motions. The Trustee may bring other and further motions to claims filed in Debtors' bankruptcy case, whether or not such claims are subject to this Motion.

**PLEASE TAKE FURTHER NOTICE** that Rules 3007-1 and 9013-1 of the Local Rules of the United States Bankruptcy Court for the Central District of California (the "Local Bankruptcy Rules") prescribe the procedures to be followed with respect to this Motion. Any opposition or response to the relief requested in the Motion must be filed with the Court and served upon the following parties no later than fourteen days before the date designated for hearing:

> Office of the United States Trustee
> 3685 Main Street, Suite 300
> Riverside, CA  92501
>
> C.R. Barclay, Chapter 7 Trustee
> c/o LECG, LLC
> 600 Anton Boulevard, Suite 1350
> Costa Mesa, CA 92626

Any such response shall include any declarations or memorandum of law that such party wishes to present in support of its position.

2

In re: Huey Hoang and Sofia Angulo Nguyen, Debtors; U.S.B.C. Case No.: 6:09-bk-12397-CB; Chapter 7 Trustee's Notice of Motion and Motion for Order to Disallow Claim No. 15 of Sugarbush Properties-1, LLC; Declaration of C.R. Barclay In Support Thereof

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 9013-1(h), failure to file and serve a timely response to the Motion may be deemed by the Court to be consent to the granting of the relief requested by the Motion and the Court may enter an order granting the requested relief by default.

**WHEREFORE,** for the reasons set forth herein, the Trustee respectfully requests that the Court grant the Motion as to the claim identified herein and grant to the Trustee such other and further relief as the Court deems appropriate under the circumstances of this case.

Dated: March 24, 2011                    Respectfully submitted,


                                         By: /s/ C.R. Barclay
                                             C.R. Barclay

In re: Huey Hoang and Sofia Angulo Nguyen, Debtors; U.S.B.C. Case No.: 6:09-bk-12397-CB; Chapter 7 Trustee's Notice of Motion and Motion for Order to Disallow Claim No. 15 of Sugarbush Properties-1, LLC; Declaration of C.R. Barclay In Support Thereof

**I.**

**INTRODUCTION**

On February 11, 2009 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 13 of Title 11 of the United States Code. On March 23, 2009, the Debtors filed a notice of conversion to chapter 7. On March 24, 2009, the case converted from chapter 13 to chapter 7. Subsequently, C.R. Barclay was appointed Chapter 7 Trustee. By this Motion, the Trustee objects to the claim of the purported creditor listed below, on the grounds stated herein.

Nothing contained in this Motion shall be or be deemed to be an admission by the Trustee or Debtors' estate of liability on any claims, and the Trustee, on behalf of itself and Debtors' estate, hereby reserves all rights and recoveries against all parties (including any avoidance actions under Part V of the Bankruptcy Code). The Trustee may bring other and further motions regarding any claims in Debtors' bankruptcy case, whether or not such claims are subject to this Motion.

**II.**

**A CLAIM THAT AROSE AFTER THE PETITION DATE THAT IS NOT A CONSUMER DEBT SHOULD BE DISALLOWED**

On or about July 28, 2009, Sugarbush filed an administrative claim in the amount of $17,784.52 on the basis of post-petition administrative rent (which is identified as claim number 15 on the claims register for this case). Although in a Chapter 13, a claim that arose after the petition date is sometimes appropriate, however, it is not in this case. A post petition claim is appropriate only if it is a consumer debt that allows the debtor to complete his plan. In this case, the post petition debt is not a consumer debt. Accordingly, the Trustee seeks to disallow claim number 15 in its entirety. A copy of the foregoing proof of claim is attached as **Exhibit A** to the Barclay Declaration.

On January 28, 2011, the Trustee's office sent correspondence to the claimant in an attempt to facilitate the withdrawal of this claim, however, no response was ever received. A copy of the Trustee's letter (without the enclosures) is attached as **Exhibit B**.

4

In re: Huey Hoang and Sofia Angulo Nguyen, Debtors; U.S.B.C. Case No.: 6:09-bk-12397-CB; Chapter 7 Trustee's Notice of Motion and Motion for Order to Disallow Claim No. 15 of Sugarbush Properties-1, LLC; Declaration of C.R. Barclay In Support Thereof

**III.**

**CONCLUSION**

Based upon the foregoing, the Trustee respectfully requests that the Court enter its order disallowing claim number 15 for the reasons stated and granting to the Trustee, on behalf of Debtors' estate, such other and further relief as the Court deems to be appropriate under the circumstances of this bankruptcy case.

Respectfully submitted,

Dated: March 24, 2011

By: /s/ C.R. Barclay
    C.R. Barclay
    Chapter 7 Trustee

5

In re: Huey Hoang and Sofia Angulo Nguyen, Debtors; U.S.B.C. Case No.: 6:09-bk-12397-CB; Chapter 7 Trustee's Notice of Motion and Motion for Order to Disallow Claim No. 15 of Sugarbush Properties-1, LLC; Declaration of C.R. Barclay In Support Thereof

## DECLARATION OF C.R. BARCLAY

I, C.R. BARCLAY, declare as follows:

1. I am the duly appointed, qualified and am acting Chapter 7 trustee of the above captioned bankruptcy estate. All the information contained herein is within my personal knowledge, except for those matters alleged on information and belief and as to those matters I believe them to be true. If called as a witness, I could competently testify thereto.

2. On or about July 28, 2009, Sugarbush filed an administrative claim in the amount of $17,784.52 on the basis of post-petition administrative rent (which is identified as claim number 15 on the claims register for this case). Although in a Chapter 13, a claim that arose after the petition date is sometimes appropriate, however, it is not in this case. A post petition claim is appropriate only if it is a consumer debt that allows the debtor to complete his plan. In this case, the post petition debt is not a consumer debt. Accordingly, I seek to disallow claim number 15 in its entirety. A copy of the foregoing proof of claim is attached as **Exhibit A**.

3. On January 28, 2011, my office sent correspondence to the claimant in an attempt to facilitate the withdrawal of this claim, however, no response was ever received. A copy of my letter (without the enclosures) is attached as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of March 2011, at Costa Mesa, California

/s/ C.R. Barclay  
C.R. Barclay

6

In re: Huey Hoang and Sofia Angulo Nguyen, Debtors; U.S.B.C. Case No.: 6:09-bk-12397-CB; Chapter 7 Trustee's Notice of Motion and Motion for Order to Disallow Claim No. 15 of Sugarbush Properties-1, LLC; Declaration of C.R. Barclay In Support Thereof

| In re<br>HUEY HOANG NGUYEN<br>SOFIA ANGULO NGUYEN<br>Debtor(s). | CHAPTER 7<br><br>CASE NO.: 6:09-12397-CB |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

P. O. Box 26099, Santa Ana, CA  92799

The foregoing document described **CHAPTER 7 TRUSTEE'S NOTICE OF MOTION AND MOTION FOR ORDER TO DISALLOW CLAIM NO. 15 OF SUGARBUSH PROPERTIES-1, LLC; DECLARATION OF C.R. BARCLAY IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 28, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On March 28, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 28, 2011 | Mary Lou Cunanan | /s/ Mary Lou Cunanan |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

*January 2009*

| In re<br>HUEY HOANG NGUYEN<br>SOFIA ANGULO NGUYEN<br>Debtor(s). | CHAPTER 7<br><br>CASE NO.: 6:09-12397-CB |
|---|---|

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Christopher R Barclay (TR)    barclay7trustee@lecg.com, cbarclay@ecf.epiqsystems.com
John E Bouzane              fastevictionservice@linkline.com
Thomas H Casey              msalustro@tomcaseylaw.com
Mark Domeyer                mdomeyer@mileslegal.com
Angela M Fontanini          ecfcacb@piteduncan.com
Elizabeth A Lossing         elizabeth.lossing@usdoj.gov
Bryan L Ngo                 bngo@bluecapitallaw.com
Cassandra J Richey          cmartin@pprlaw.net
Matthew D Tokarz            mtokarz@mileslegal.com
Edward A Treder             cdcaecf@bdfgroup.com
Darlene C Vigil             cdcaecf@bdfgroup.com
Edward T Weber              bknotice@rcolegal.com

## II. SERVED BY U.S. MAIL:

**Debtors**
Huey Hoang Nguyen
Sofia Angulo Nguyen
4684 Rockingham Loop
Riverside, CA  92509

**Judge**
Hon. Catherine Bauer
U.S. Bankruptcy Court
3420 Twelfth Street, Suite 369
Riverside, CA  92501

**Claimant**
Sugarbush Properties-1, LLC
6399 Wilshire Boulevard, Suite 604
Los Angeles, CA 90048-5709
Attention: Mary Gin

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 9013-3.1