United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 09-12397-CB
Huey Hoang Nguyen                                                     Chapter 7
Sofia Angulo Nguyen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6        User: admin        Page 1 of 1        Date Rcvd: May 24, 2011
                            Form ID: pdf031    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2011.
db/jdb    +Huey Hoang Nguyen,    Sofia Angulo Nguyen,    4684 Rockingham Loop,    Riverside, CA 92509-8837
aty       +Law Office of Thomas H. Casey, Inc., a Professiona,   22342 Avenida Empresa, Ste 260,
            Rancho Santa Margarita, CA 92688-2141
cr        +BAC Home Loans Servicing, LP...,   Miles, Bauer, Bergstrom & Winters, LLP,
            1231 E. Dyer Road, Suite 100,    Santa Ana, CA 92705-5643
cr        +Countrywide Home Loans Servicing, L.P...,    1665 Scenic Ave Ste 200,    Costa Mesa, CA 92626-1441
cr        +GMAC MORTGAGE, LLC,    Pite Duncan, LLP,   4375 Jutland Drive Suite 200,    P.O Box 17933,
            San Diego, CA 92177-7921
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Charles Schwab Bank, N.A., its successors and assi
intp        Courtesy NEF
intp        Courtesy NEF
cr          Sugarbush Properties-1, LLC
                                                                                   TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 26, 2011**            **Signature:** _Joseph Speetjens_

|   |   |
|---|---|
| 1   C. R. Barclay, Ch. 7 Trustee | |
|       P. O. Box 26099 | |
| 2   Santa Ana, CA  92799 | |
|       Telephone:  (949) 253-5794 | |
| 3   Email:  admin@crb7trustee.com | |

C. R. Barclay, Ch. 7 Trustee
P. O. Box 26099
Santa Ana, CA  92799
Telephone:  (949) 253-5794
Email:  admin@crb7trustee.com

Chapter 7 Trustee

**FILED & ENTERED**

MAY 24 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harris    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>HUEY HOANG NGUYEN &<br>SOFIA ANGULO NGUYEN,<br><br><br>    Debtor(s). | Bankruptcy No. 6:09-bk-12397-CB<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO AMEND CLAIM AMOUNT OF CLAIM NO. 16 OF SUGARBUSH PROPERTIES-1, LLC**<br><br>Date:  April 27, 2011<br>Time:  11:00 a.m.<br>Room:  303<br>Judge: Hon. Catherine E. Bauer<br><br>Relates to Docket No. 109 |

      The motion of C. R. Barclay, the Chapter 7 Trustee in ("Trustee") the above referenced case, for order to amend claim amount of claim no. 16of Sugarbush Properties-1, LLC was served and filed on March 28, 2011 for a hearing on April 27, 2011.  The Trustee appeared as the Chapter 7 Trustee and Movant herein; all other appearances were made as noted in the Court's record.

      The Court, having determined that adequate notice of the motion was given under the circumstances; and, based upon the Court's review of the records, pleadings and papers on file herein, the statements of the parties, and for good cause appearing, the Court finds that,

///

///

**IT IS HEREBY ORDERED** that:

1. The Trustee's motion is GRANTED.

2. The claims register amount for Claim No. 16 of Sugarbush Properties-1, LLC is amended to $179,014.75.

Submitted by:

/s/ C. R. Barclay
C. R. Barclay, Chapter 7 Trustee

###

DATED: May 24, 2011

United States Bankruptcy Judge

-2-

| In re<br>HUEY HOANG NGUYEN<br>SOFIA ANGULO NGUYEN<br>Debtor(s). | CHAPTER 7<br><br>CASE NO.: 6:09-12397-CB |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

P. O. Box 26099, Santa Ana, CA 92799

The foregoing document described **ORDER GRANTING MOTION TO AMEND CLAIM AMOUNT OF CLAIM NO. 16 OF SUGARBUSH PROPERTIES-1, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On May 2, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Judge**
Hon. Catherine Bauer
U.S. Bankruptcy Court
3420 Twelfth Street, Suite 369
Riverside, CA 92501

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 2, 2011 | Mary Lou Cunanan | /s/ Mary Lou Cunanan |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

*January 2009*

| In re<br>HUEY HOANG NGUYEN<br>SOFIA ANGULO NGUYEN<br><br>                                                                     Debtor(s). | CHAPTER 7<br><br>CASE NO.: 6:09-12397-CB |
|---|---|

**NOTE TO USERS OF THIS FORM:**
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING MOTION TO AMEND CLAIM AMOUNT OF CLAIM NO. 16 OF SUGARBUSH PROPERTIES-1, LLC** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 2, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Christopher R Barclay (TR)     crb.cmecf@crb7trustee.com, cbarclay@ecf.epiqsystems.com
John E Bouzane     fastevictionservice@linkline.com
Thomas H Casey     msalustro@tomcaseylaw.com
Mark Domeyer     mdomeyer@mileslegal.com
Angela M Fontanini     ecfcacb@piteduncan.com
Elizabeth A Lossing     elizabeth.lossing@usdoj.gov
Bryan L Ngo     bngo@bluecapitallaw.com
Cassandra J Richey     cmartin@pprlaw.net
Matthew D Tokarz     mtokarz@mileslegal.com
Edward A Treder     cdcaecf@bdfgroup.com
Darlene C Vigil     cdcaecf@bdfgroup.com
Edward T Weber     bknotice@rcolegal.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) as indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9021-1.1

*January 2009*

| In re<br>HUEY HOANG NGUYEN<br>SOFIA ANGULO NGUYEN<br>Debtor(s). | CHAPTER 7<br><br>CASE NO.: 6:09-12397-CB |
|---|---|

**SERVED BY THE COURT VIA U.S. MAIL:**

**Debtors**
Huey Hoang Nguyen
Sofia Angulo Nguyen
4684 Rockingham Loop
Riverside, CA  92509

**Claimant**
Sugarbush Properties-1, LLC
6399 Wilshire Boulevard, Suite 604
Los Angeles, CA 90048-5709
Attention: Mary Gin

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9021-1.1

January 2009